```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MINNESOTA
               Civil No. 08-CV-1316 (DSD/JSM)
```

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )
                                     )
1.   JAMES WARREN HOFFMAN,           )
2.   TERESA GAY HOFFMAN,             )
3.   ACCREDITED FINANCIAL SERVICES, INC., )
     aka AFS Co., aka AFS, Inc.,     )
4.   ENCORE ACQUISITIONS, LLC, aka   )
     ENCORE LLC,                     )
5.   BESSORD PARTNERSHIP, LLC, aka   )
     BESSFORD,                       )
6.   HEARTLAND CONSULTING, aka       )
     HARTLAND CONSULTING,            )
7.   GRD MANAGEMENT, aka GRD PROPERTY )
     MANAGEMENT,                     )
8.   CHAD WEGSCHEIDER,               )
9.   PATRICK DOLS,                   )
10.  MINNESOTA ONE MORTGAGE, INC.,   )
11.  WEGS ENTERPRISE, LLC,           )
12.  WEGS PROPERTIES, LLC, aka       )
     WEGS PROPERTY MANAGEMENT, LLC, and )
13.  WISSOTA PROPERTY MANAGEMENT, LLC, )
14.  KMC PROPERTIES, LLC,            )
                                     )
          Defendants.                )

**ORDER UNFREEZING CERTAIN ASSETS**

Whereas, the parties have stipulated that the following Bremer Bank accounts to which Defendant Chad Wegscheider is an authorized signatory can be unfrozen and released from the terms of the Court's Order, dated June 12, 2008:

**Bank Account:**                                   **Account No.:**

4042 White Bear Ave                                 ends with 7588
Holyloke Court                                      ends with 6129
309 Duluth                                          ends with 8456
Personal Residence                                  ends with 7869

Whereas, the Court-Appointed Receiver has received notice of the Stipulation and does not oppose the release the above-detailed bank accounts;

It is therefore ordered that:

(1)  The following Bremer Bank accounts are hereby unfrozen and may be released by Bremer Bank to the authorized account holders:

**Bank Account:**                                   **Account No.:**

4042 White Bear Ave                                 ends with 7588
Holyloke Court                                      ends with 6129
309 Duluth                                          ends with 8456
Personal Residence                                  ends with 7869


SO ORDERED, this 24th day of September, 2008.


                                                s/David S. Doty
                                                David S. Doty
                                                United States District Judge