IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CIVIL NO. 08-1316 (DSD/SRN)

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>James Warren Hoffman,<br>Teresa Gay Hoffman,<br>Accredited Financial Services, Inc.,<br>aka AFS Co., aka AFS, Inc.,<br>Encore Acquisitions, LLC, aka<br>Encore LLC, Bessord Partnership,<br>LLC, aka Bessord,<br>Heartland Consulting, aka<br>Hartland Consulting,<br>GRD Management, aka GRD Property<br>Management, Chad Wegscheider,<br>Patrick Dols, Minnesota One<br>Mortgage, Inc., Wegs Enterprise, LLC,<br>Wegs Properties, LLC, aka<br>Wegs Property Management, LLC, and<br>Wissota Property Management, LLC,<br>KMC Properties, LLC,<br><br>          Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENT** |

  This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payment to creditors:

| | Payee | Amount |
|---|---|---|
| 1. | Greene Espel, P.L.L.P. | $521.36 |
| 2. | Platinum Group | $5,477.73 |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. The Court-Appointed Receiver is authorized to make payment to Greene Espel P.L.L.P. in the amount of $521.36;

2. The Court-Appointed Receiver is authorized to make payment to Platinum Group in the amount of $5,477.73.

Dated:  August 28, 2009

 s/David S. Doty
 The Honorable David S. Doty
 United States District Court